**United States District Court**
For the Northern District of California

1

2

3

4

5                         UNITED STATES DISTRICT COURT

6                        NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10   SMART MEMORY SOLUTIONS, LLC,

11              Plaintiff,                        No. C 12-1316 PJH

12        v.

13   FREESCALE SEMICONDUCTOR, INC.,
     et al.,
14
                Defendant.
15   _____

16   SMART MEMORY SOLUTIONS, LLC.,

17              Plaintiff,                        No. C 12-1549 PJH

18        v.

19   TOSHIBA AMERICA ELECTONIC          **ORDER**
     COMPONENTS, INC.,
20
                Defendants.
21
     _____
22

23        Pursuant to Civil Local Rule 3-12(c), the above-entitled matters are referred to the

24   Hon. Edward M. Chen for a determination whether they are related to Smart Memory

25   Solutions v. Panasonic Corp., C-12-0853 EMC.  It appears that the three cases at issue

26   were originally one case, originally filed in the District of Delaware on August 2, 2011, as

27   case No. C-11-0680 LPS.  The claims against four of the five defendants were transferred

28   piecemeal to this district in February-March 2012, pursuant to three separate stipulations to

1    transfer, entered into by the plaintiff Smart Memory Solutions, and, respectively, three

2    defendants or groups of defendants, with the result that the case was opened here as three

3    separate cases.

4

5    **IT IS SO ORDERED.**

6    Dated:  June 19, 2012

7                                                                 _____
                                                                  PHYLLIS J. HAMILTON
8                                                                 United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2