1  Christopher D. Banys (State Bar No. 230038)
   Daniel M. Shafer (State Bar No. 244839)
2  cdb@lanierlawfirm.com
3  dms@lanierlawfirm.com
   THE LANIER LAW FIRM, P.C.
4  2200 Geng Road, Suite 200
   Palo Alto, California 94303
5  Telephone: (650) 322-9100
   Facsimile: (650) 322-9103
6

7  Edward C. Flynn (PRO HAC VICE)
   Mark A. Grace (PRO HAC VICE)
8  Thomas C. Wettach (PA State Bar No. 1414)
   eflynn@cohengrace.com
9  mgrace@cohengrace.com
   twettach@cohengrace.com
10 COHEN & GRACE, LLC
   105 Braunlich Dr., Suite 300
11 Pittsburgh, PA 15237
12 Telephone: (412) 847-0300

13 Attorneys for Plaintiff,
   SMART MEMORY SOLUTIONS, LLC
14

15
16                  IN THE UNITED STATES DISTRICT COURT
17              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
18

19  | SMART MEMORY SOLUTIONS, LLC | Case No. 3:12-cv-01549-EMC |
20  |        Plaintiff,            | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** ; ORDER |
21  | v.                           | |
22  | TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., | |
23  |                              | **DEMAND FOR JURY TRIAL** |
    |        Defendants.           | |
24

25      Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Civil L.R. 6-2, the
26  parties hereto stipulate to this joint request for a continuance of the Initial Case Management
27  Conference. The Initial CMC is currently set for July 20, 2012, (with the deadline for filing a
28

JOINT STIPULATION TO CONTINUE CMC          1
CASE NO: 3:12-cv-01549-EMC

1  Case Management Report set for July 13, 2012).  The parties request that the Initial CMC be
2  continued to August 24, 2012, or such date thereafter as may be convenient for the Court.
3        In support of this stipulated request, the parties state as follows:

4    1.  On June 26, 2012, the Court acted *sua sponte* (*see* Dkt. No. 82) to relate this case to two other cases pending in this District: (a) *Smart Memory Solutions, LLC v. Panasonic Corporation of America, et al.*, Case No. 3:12-cv-00853-EMC (*see* Dkt. No. 87 in that case); and (b) *Smart Memory Solutions, LLC v. Freescale Semiconductor, Inc.* (*see* Dkt. No. 93 in that case).  All three cases are now assigned to Judge Chen, and all are now set for an Initial CMC on July 20, 2012.

2.  This case and the above-mentioned *Freescale* case were, until reassignment, both set for Initial CMC on a later date.

3.  Counsel for all three cases have conferred regarding the new unified CMC date on July 20, 2012.  The parties believe that it will be beneficial if they are permitted time to coordinate amongst themselves, with respect to any common issues, now that the three cases are deemed related.  In addition, particularly with respect to the instant *Toshiba* case and the *Freescale* case, which were both previously set for a later CMC date, the parties believe that these proceedings will benefit if the parties are permitted additional time to meet-and-confer thoroughly with respect their Joint Case Management Conference statements, Rule 26(f) requirements and ADR requirements. (Declaration of Daniel M. Shafer, filed herewith.)

4.  After the currently-scheduled CMC date, the first upcoming date that is available for both the Court and for counsel for the parties in all three cases is August 24, 2012.

5.  There have been no previous time modifications of the Initial CMC date in this case, except as effectuated by the Court's recent reassignment of the case from Judge Hamilton to Judge Chen, and by a prior reassignment from a Magistrate judge to Judge Hamilton.

6.  The requested modification will have no effect on any other scheduled dates.

1  WHEREFORE, the parties request that the Initial Case Management Conference in this
2  case be reset for August 24, 2012; that the related deadlines for filing a joint CMC statement and
3  serving Initial Disclosures be adjusted accordingly, to August 17, 2012; and that the related
4  deadlines for meeting and conferring under Fed. R. Civ. P. 26(f), and for filing an ADR
5  Certification and ADR Stipulation (or Notice of Need for ADR Phone Conference) also be
6  adjusted accordingly, to August 3, 2012.

8  Agreed to by:

10 Dated: July 10, 2012                    */s/  Daniel M. Shafer*
                                          Daniel M. Shafer
                                          THE LANIER LAW FIRM, P.C.
                                          Christopher D. Banys SBN: 230038 (CA)
                                          Daniel M. Shafer SBN: 244839 (CA)
                                          The Lanier Law Firm, P.C.
                                          2200 Geng Road, Suite 200
                                          Palo Alto, CA 94303
                                          Tel: (650) 332-9100
                                          Fax: (650) 322-9103
                                          cdb@lanierlawfirm.com
                                          dms@lanierlawfirm.com

                                          Counsel for Plaintiff,
                                          SMART MEMORY SOLUTIONS, LLC

20 Dated: July 10, 2012                    */s/  Carrie L. Williamson*
                                          Carrie L. Williamson
                                          DLA Piper US LLP
                                          2000 University Avenue
                                          East Palo Alto, CA 94303
                                          Tel: (650) 833-2048
                                          Fax: (650) 833-2001
                                          Email: carrie.williamson@dlapiper.com

                                          Counsel for Defendant,
                                          TOSHIBA AMERICA ELECTRONIC
                                          COMPONENTS, INC.

JOINT STIPULATION TO CONTINUE CMC
CASE NO: 3:12-cv-01549-EMC                     3

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2    _____
3    Hon. Edward M. Chen

