Christopher D. Banys (State Bar No. 230038)
Daniel M. Shafer (State Bar No. 244839)
cdb@lanierlawfirm.com
dms@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:     (650) 322-9100
Facsimile:     (650) 322-9103

Edward C. Flynn (PRO HAC VICE)
Mark A. Grace (PRO HAC VICE)
Thomas C. Wettach (PA State Bar No. 1414)
eflynn@cohengrace.com
mgrace@cohengrace.com
twettach@cohengrace.com
COHEN & GRACE, LLC
105 Braunlich Drive, Suite 300
Pittsburgh, PA 15237
Telephone:     (412) 847-0300
Facsimile:     (412) 847-0304

Attorneys for Plaintiff,
SMART MEMORY SOLUTIONS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SMART MEMORY SOLUTIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.,<br><br>Defendant. | Case No. 3:12-cv-01549-EMC<br><br>**JOINT STIPULATION TO EXTEND TIME FOR SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE** ; ORDER<br><br>**DEMAND FOR JURY TRIAL** |

    Pursuant to Rule 61 of the Federal Rules of Civil Procedure and Civil L.R. 6-2, the parties hereto stipulate to this joint request for additional time to conduct the settlement

JOINT STIPULATION TO EXTEND TIME
FOR SETTLEMENT CONFERENCE
CASE NO. 3:12-cv-01549-EMC

1

conference with Magistrate Judge Paul S. Grewal previously ordered by this Court. In support of this stipulated request, the parties state as follows:

1. As part of this Court's Case Management Order entered in this case on August 28, 2012, (*see* Dkt. No. 96), the Court stated that it would refer this matter for settlement conference with a Magistrate Judge, to be conducted no later than January 11, 2013. This Court's Case Management Order further requires the parties to submit an updated Joint Case Management Conference Statement on January 18, 2013.

2. On September 10, 2012, pursuant to the parties' stipulation regarding selection of a Magistrate Judge, this Court referred this case to Magistrate Judge Paul S. Grewal for settlement conference. The Court further directed that the settlement conference was to be completed within ninety (90) days of the date of the Order (*see* Dkt. No. 97) (*i.e.*, December 7, 2012).

3. On September 25, 2012, Judge Grewal's chambers provided counsel for the parties with three (3) dates in November on which Judge Grewal would be available to conduct the settlement conference: November 5, 2012, November 19, 2012, and November 26, 2012.

4. Counsel for the parties attempted to consult with their respective clients and with each other to agree upon one of the three (3) proposed dates.

5. Before the parties and their counsel could coordinate this agreement, however, Judge Grewal's chambers notified the parties that the three (3) dates originally proposed in November were no longer available.

JOINT STIPULATION TO EXTEND TIME
FOR SETTLEMENT CONFERENCE
CASE NO. 3:12-cv-01549-EMC

2

6. Judge Grewal's chambers has now advised the parties that Judge Grewal would be available on January 4, 2013, to conduct the settlement conference. While this date is before the date originally specified by this Court in its Case Management Order, it is after the time period specified by this Court in its subsequent Order referring the case to Judge Grewal for the settlement conference.

7. The parties respectfully submit that if the settlement conference is held on January 4, 2013, there would be sufficient time for the parties to submit an updated Joint Case Management Conference Statement by January 18, 2013.

8. The parties have attempted to act diligently with respect to the scheduling of the settlement conference. The requested modification will have no effect on any of the other scheduled dates in this matter.

WHEREFORE, the parties respectfully request that this Court grant the parties' Stipulation to conduct the settlement conference before Judge Grewal on January 4, 2013.

Agreed to by:

Dated:  October 16, 2012                    */s/ Daniel M. Shafer*
                                            Daniel M. Shafer
                                            THE LANIER LAW FIRM, P.C.
                                            Christopher D. Banys (SBN: 230038 (CA))
                                            Daniel M. Shafer (SBN: 244839 (CA))
                                            The Lanier Law Firm, P.C.
                                            2200 Geng Road, Suite 200
                                            Palo Alto, CA  94303
                                            Tel:  (650) 332-9100
                                            Fax: (650) 322-9103
                                            cdb@lanierlawfirm.com
                                            dms@lanierlawfirm.com

                                            Counsel for Plaintiff,
                                            SMART MEMORY SOLUTIONS, LLC

JOINT STIPULATION TO EXTEND TIME
FOR SETTLEMENT CONFERENCE
CASE NO. 3:12-cv-01549-EMC

3

1  Dated:  October 17, 2012                    */s/ Saori Kaji*
2                                              Mark D. Fowler
                                               Saori Kaji
3                                              mark.fowler@dlapiper.com
                                               saori.kaji@dlapiper.com
4                                              DLA Piper LLP (US)
                                               2000 University Avenue
5                                              East Palo Alto, CA  94303
                                               Tel:  (650) 833-2000
6                                              Fax: (650) 833-2001

8                                              Counsel for Defendant,
                                               TOSHIBA AMERICA ELECTRONIC
9                                              COMPONENTS, INC.

13  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15  _____
16  Hon. Edward M. Chen



JOINT STIPULATION TO EXTEND TIME
FOR SETTLEMENT CONFERENCE
CASE NO. 3:12-cv-01549-EMC

4