Christopher D. Banys (State Bar No. 230038)
Daniel M. Shafer     (State Bar No. 244839)
cdb@lanierlawfirm.com
dms@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 322-9100
Facsimile:   (650) 322-9103

Edward C. Flynn  (PRO HAC VICE)
Mark A. Grace  (PRO HAC VICE)
Thomas C. Wettach  (PA State Bar No. 1414)
eflynn@cohengrace.com
mgrace@cohengrace.com
twettach@cohengrace.com
COHEN & GRACE, LLC
105 Braunlich Dr., Suite 300
Pittsburgh, PA 15237
Telephone:  (412) 847-0300

Attorneys for Plaintiff,
SMART MEMORY SOLUTIONS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SMART MEMORY SOLUTIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.,<br><br>Defendants. | Case No.  3:12-cv-01549-EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br> ORDER<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Civil L.R. 6-2, the parties hereto stipulate to this joint request for a continuance of the Case Management Conference currently set for February 28, 2013 (with the deadline for filing a Case Management

1  Report set for February 21, 2013).  The parties request that the CMC be continued one month, to
2  March 28, 2013, or such date thereafter as may be convenient for the Court.
3      In support of this stipulated request, the parties state as follows:
4      1. On January 4, 2013, Plaintiff Smart Memory Solutions, LLC, and Defendant Toshiba
5  America Electronic Components, Inc. (collectively, the "Parties") reached an
6  agreement in principle to settle all claims in this action.  (*See* Dkt. No. 103.)
7      2. On January 9, 2013, pending finalization of the settlement agreement and expected
8  subsequent dismissal, the Court ordered a stay of all deadlines and scheduled events
9  in the case, except that a Further CMC was set for February 28, 2013, to be vacated
10 once a stipulation for dismissal was filed.  (*See* Dkt. No. 105.)
11     3. The Parties have made substantial progress toward finalizing the settlement, but
12 would request additional time to complete the process before a Further CMC is held.
13     4. As there is a general stay in place, the requested one-month continuance will have no
14 effect on any other scheduled dates.
15     WHEREFORE, the Parties respectfully request that the Further Case Management
16 Conference currently set for February 28, 2013, be reset for March 28, 2013, with a joint CMC
17 statement to be filed by March 21, 2013.
18
19 Agreed to by:
20
21 Dated:  February 19, 2013      */s/ Daniel M. Shafer*
22     Daniel M. Shafer
    THE LANIER LAW FIRM, P.C.
23     Christopher D. Banys SBN: 230038 (CA)
    Daniel M. Shafer SBN: 244839 (CA)
24     The Lanier Law Firm, P.C.
    2200 Geng Road, Suite 200
25     Palo Alto, CA 94303
    Tel: (650) 332-9100
26     Fax: (650) 322-9103
27     cdb@lanierlawfirm.com
    dms@lanierlawfirm.com
28

|   |   |
|---|---|
|   | Counsel for Plaintiff,<br>SMART MEMORY SOLUTIONS, LLC |
| Dated: February 19, 2013 | /s/     *Mark Fowler*<br>Mark Fowler<br>DLA Piper US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>Tel: (650) 833-2048<br>Fax: (650) 833-2001<br>Email: mark.fowler@dlapiper.com |
|   | Counsel for Defendant,<br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Hon. Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*

**CERTIFICATION PURSUANT TO CIVIL L.R. 5-1(i)**
**RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the state of California. I am employed by the Lanier Law Firm, P.C., counsel for Plaintiff SMART MEMORY SOLUTIONS, LLC. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. Pursuant to Civil L.R. 5-1(i), I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Daniel M. Shafer*