Christopher D. Banys (State Bar No. 230038)
Daniel M. Shafer     (State Bar No. 244839)
cdb@banyspc.com
dms@banyspc.com
BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:  (650) 322-9103

Edward C. Flynn  (PRO HAC VICE)
Mark A. Grace  (PRO HAC VICE)
Thomas C. Wettach  (PA State Bar No. 1414)
eflynn@cohengrace.com
mgrace@cohengrace.com
twettach@cohengrace.com
COHEN & GRACE, LLC
105 Braunlich Dr., Suite 300
Pittsburgh, PA 15237
Telephone:  (412) 847-0300

Attorneys for Plaintiff,
SMART MEMORY SOLUTIONS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SMART MEMORY SOLUTIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.,<br><br>Defendants. | Case No.   3:12-cv-01549-EMC<br><br>**STIPULATED REQUEST FOR PLAINTIFF TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE (CIVIL L.R. 7-11)**<br><br>**DEMAND FOR JURY TRIAL** |

    Pursuant to Civil L.R. 7-11, counsel for Plaintiff Smart Memory Solutions, LLC,

respectfully requests that the Court allow the telephonic appearance of counsel at the Case

STIPULATED REQUEST TO APPEAR
TELEPHONICALLY AT CMC                                1
CASE NO: 3:12-cv-01549-EMC

1 Management Conference scheduled for Thursday, March 28, 2013, at 1:30 p.m.,  10:30 a.m. in the above-
2 captioned matter. This request is made on grounds that Plaintiff's lead counsel in this matter,
3 Edward C. Flynn, is located in Pittsburgh, Pennsylvania. Accordingly, an in-person appearance
4 by Mr. Flynn would require unnecessary travel and expense.

5     Upon the Court's approval of this request, Plaintiff will make appropriate arrangements
6 with Judge Chen's clerk, in advance of the Conference, to facilitate counsel's telephonic
7 appearance.

8     Defendant Toshiba America Electronic Components, Inc., hereby stipulates to Plaintiff's
9 request.

11 Dated: March 21, 2013      */s/ Daniel M. Shafer*
Daniel M. Shafer
BANYS, P.C.
Christopher D. Banys SBN: 230038 (CA)
Daniel M. Shafer SBN: 244839 (CA)
2200 Geng Road, Suite 200
Palo Alto, CA 94303
Tel: (650) 308-8505
Fax: (650) 322-9103
cdb@banyspc.com
dms@banyspc.com

Counsel for Plaintiff,
SMART MEMORY SOLUTIONS, LLC

20 Dated: March 21, 2013      */s/ Mark Fowler*
Mark Fowler
DLA Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303
Tel: (650) 833-2048
Fax: (650) 833-2001
Email: mark.fowler@dlapiper.com

Counsel for Defendant,
TOSHIBA AMERICA ELECTRONIC
COMPONENTS, INC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.    The Court will call Mr. Flynn between 10:30 a.m. and 11:30 a.m. Pacific Standard time.



4  _____
Hon. Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

**CERTIFICATION PURSUANT TO CIVIL L.R. 5-1(i)**
**RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the state of California. I am employed by Banys, P.C., counsel for Plaintiff SMART MEMORY SOLUTIONS, LLC. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. Pursuant to Civil L.R. 5-1(i), I declare that concurrence has been obtained from each of the other signatories to file this document with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Daniel M. Shafer*
Daniel M. Shafer