Christopher D. Banys (State Bar No. 230038)
Daniel M. Shafer     (State Bar No. 244839)
cdb@banyspc.com
dms@banyspc.com
BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:  (650) 322-9103

Edward C. Flynn  (PRO HAC VICE)
Mark A. Grace  (PRO HAC VICE)
Thomas C. Wettach  (PA State Bar No. 1414)
eflynn@cohengrace.com
mgrace@cohengrace.com
twettach@cohengrace.com
COHEN & GRACE, LLC
105 Braunlich Dr., Suite 300
Pittsburgh, PA 15237
Telephone:  (412) 847-0300

Attorneys for Plaintiff,
SMART MEMORY SOLUTIONS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SMART MEMORY SOLUTIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.,<br><br>Defendant. | Case No.  3:12-cv-01549-EMC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Smart Memory Solutions, LLC, and Defendant, Toshiba America Electronic Components, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2), hereby stipulate to the entry of an order dismissing Plaintiff's claims in this action WITH PREJUDICE.  Plaintiff

JOINT STIPULATION OF DISMISSAL WITH
PREJUDICE                                                            1
CASE NO: 3:12-cv-01549-EMC

1  and Defendant further stipulate to the entry of an order dismissing Toshiba's counterclaims

2  WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1), (2) and (c), with each party

3  bearing its own costs, expenses and attorney fees.

4

5  Agreed to by:

6  Dated:  April 17, 2013                    */s/ Daniel M. Shafer*
                                              Christopher D. Banys
7                                             Daniel M. Shafer
                                              BANYS, P.C.
8                                             2200 Geng Road, Suite 200
                                              Palo Alto, CA 94303
9                                             Tel: (650) 308-8505
10                                            Fax: (650) 322-9103
                                              cdb@banyspc.com
11                                            dms@banyspc.com

12                                            Counsel for Plaintiff,
                                              SMART MEMORY SOLUTIONS, LLC
13

14

15 Dated: April 17, 2013                     */s/ Mark Fowler*
                                              Mark Fowler
16                                            Saori Kaji
                                              DLA Piper US LLP
17                                            2000 University Avenue
                                              East Palo Alto, CA 94303
18                                            Tel: (650) 833-2048
                                              Fax: (650) 833-2001
19                                            Email: mark.fowler@dlapiper.com

20
                                              Counsel for Defendant,
21                                            TOSHIBA AMERICA ELECTRONIC
                                              COMPONENTS, INC.
22

23

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

25

26

27  _____
    Hon. Edward M. Chen
28

JOINT STIPULATION OF DISMISSAL WITHOUT
PREJUDICE
CASE NO: 3:12-cv-01549

*IT IS SO ORDERED*

Judge Edward M. Chen

**CERTIFICATION PURSUANT TO CIVIL L.R. 5-1(i)**
**RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the state of California. I am employed by Banys, P.C., counsel for Plaintiff SMART MEMORY SOLUTIONS, LLC. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. Pursuant to Civil L.R. 5-1(i), I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Daniel M. Shafer*

JOINT STIPULATION OF DISMISSAL WITH
PREJUDICE
CASE NO: 3:12-cv-01549-EMC

3